1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REYMUNDO SANCHEZ-HERNANDEZ,  Petitioner,  v.  UNITED STATES OF AMERICA,  Respondent. | Case No. CV 13-5156 PSG (SS)  **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Report and Recommendation was mailed to Petitioner at his current address of record but was returned as undeliverable/unable to forward. As such, no Objections have been filed. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

1     **IT IS ORDERED** that the Petition is denied and Judgment shall
2 be entered dismissing this action with prejudice.
3
4     **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner at his current
6 address of record and on counsel for Respondent.
7
8     **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10 DATED: August 14, 2014
11
12                                           PHILIP S. GUTIERREZ
                                          UNITED STATES DISTRICT JUDGE