1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11  REYMUNDO SANCHEZ-HERNANDEZ,          Case No. CV 13-5156 PSG (SS)

12              Petitioner,

13        v.                                      **JUDGMENT**

14  UNITED STATES OF AMERICA,

15              Respondent.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18  Conclusions   and   Recommendations   of   United   States   Magistrate

19  Judge,

20

21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22  dismissed with prejudice.

23

24  DATED:  August 14,2014

25

26                                        PHILIP S. GUTIERREZ
                                          UNITED STATES DISTRICT JUDGE
27

28